IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiffs, | * | CRIMINAL NO. 21-cr00498-GJH |
| | * | |
| v. | * | |
| | * | |
| | * | |
| **GASTON GILBERTO REYES** | * | **COUNTERCLAIMS OF GASTON** |
| | * | **GILBERTO REYES** |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

*** * ***

    Defendant Gaston Gilberto Reyes of Germanton, Maryland hereby responds to the complaint of the plaintiff United States of America specifically responds to the allegations of the plaintiff's complaint as follows:

    1.    On these Forms W-4, REYES falsely claimed that he was exempt from federal income tax withholding when, in fact, he was not entitled to claim exempt status. By claiming exempt status, REYES caused his Employers to withhold little or no federal income taxes from his wages for the years 2015 through 2020. Reys continued to submit and maintain false Forms W-4 after the IRS directed Employers to withhold taxes from his wages.  Except as expressly admitted, denied.

    2.    Denied.

    3.    The allegations of paragraph 7 are a false statement and go against **21.1.7.9.17 (07-24-2020)** Unacceptable Payment which includes Promissory Notes which are Federal Reserve Notes and Federal Reserve Bank Notes which are the obligation of the United States. It clearly states in **21.1.7.9.17 (07-24-2020)** that the IRS deems these Promissory Notes as unacceptable payment and will not accept them as payment. Since 1933 the circulating currency of the United States is Federal Reserve Notes and Federal Reserve Bank Notes which are the obligation of the United States **18 U.S. Code §  8**. Obligation or other security of the United

States defined. The forms that the defendant filed with his Employers were correct and indicated that he was exempt from Federal Tax withholding of Federal Reserve Bank Notes according to the IRS.

4. The defendant was given the wrong W-4 Form from his employer and the employer was never supplied the correct W-4T forms from the IRS for their employees to file the correct forms with the IRS according to **26 CFR § 31.3402(p)-1** - Voluntary withholding agreements is very clear and the defendant chooses not to enter into an agreement with his employers to withhold his wages on a voluntary withholding agreement with the IRS. The defendant filled out the only available form and stated on this form he was exempt from withholding Federal Reserve Bank Notes from his wages. The defendant clearly understood that the Federal Reserve Bank Notes were Promissory Notes and an obligation of the United States. The defendant clearly understood that filling out the W-4 form was completely voluntary and would gift his Federal Reserve Bank Notes to the IRS as a gift and the IRS did not accept a Promissory Note aka Federal Reserve Bank Note as a legal form of payment or gift which legally made him exempt from all withholding of his wages.

5. The defendant is well aware of **26 U.S. Code § 1275** - Other definitions and special rules that **define a debt instrument as a bond, debenture, note, certificate,** or other evidence of indebtedness that the IRS uses. If the IRS is calling a note which is a Promissory Note, Federal Reserve Note, or a Federal Reserve Bank Note as a debt instrument it would only stand to reason that paying taxes with such a debt instrument is not accepted by the IRS and would be refused and returned to the person submitting these notes for payment. The only legal tender that the defendant can offer as a gift to the IRS is gold or silver. Taxes are gifts from anyone to the Federal Government or the IRS that can be used to lower the National Debt of the United States. Offering to increase the debt with a debt instrument is not acceptable and the IRS or the United States cannot accept a debt instrument from the defendant therefore the defendant is correct in the filing of his W-4 Form that he is exempt from withholding the Federal Reserve Bank Notes from his wages.

6. The allegations of paragraph 9 is a false statement and go against **26 USC Section 7806** which states (a) Cross references; The cross-references in this title to other portions of the title, or other provisions of law, where the word **"see"** is used, are made only for convenience,

and shall be given no legal effect. (b)Arrangement and classification; No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision, or portion of this title, nor shall any table of contents, table of cross-references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law. The plaintiff cannot file a court case against the defendant stating he willfully attempted to evade and defeat income tax according to **26 U.S. Code § 7201** - Attempt to evade or defeat tax When you deliver a message, you imply an idea from that message. If you hear or read the message, you infer an idea from that message. When you presume something, you believe it to be true. Based on the above clause from Title 26, nobody should do any of the above three actions regarding the "legislative construction" of anything written under the Title 26 heading. No matter where the writing is located, no matter how the writing is grouped, no matter what the writer states, no matter if the writing is a table of contents, an analysis, a description, or a cross-reference **it is not a law** or "legislative construction". It also "**shall be given no legal effect**". No legal effect and no congressional construction. What does congress construct? It constructs laws. So no congressional construction and no legal effect. It can't be made clearer than that. The Internal Revenue Code itself provides that nothing is to be inferred from the grouping or indexing of any particular section, **26 U.S.C. Sec. 7806(b),** and this court has held that the title of a statute cannot limit the plain meaning of its text**. Pike v. United States, 340 F.2d 487 (9th Cir. 1965.**

   7.  The defendant is well aware of law **31 U.S. Code § 3124** - Exemption from taxation states that Stocks and **obligations** of the United States Government are **exempt** from **taxation by a State or political subdivision of a State**. **The exemption applies to each form of taxation that would require the obligation,** the interest on the obligation, or both, to be considered in computing a tax, except; this includes all Federal Reserves Notes and Federal Reserve Bank Notes that the defendant receives from his employer's in a form of a check each time he is paid. These forms of the tender are not legal tender of the defendant but are legal tender of the United States and they are exempt from taxation. The IRS is a political subdivision of the United States of America and is a separate corporation that has had a Certificate of

Incorporation since July 11, 1933. As a corporation working within the bounds of the United States of America, they are bound by law to obey and follow the laws set forth. The IRS fully understand that the Federal Reserve Bank Notes are the only circulating currency used within the borders of the 50 states and are the obligation of the Federal Government therefore they are non-taxable and the IRS has no rights or jurisdiction in this court or against the defendant to claim he owes them taxes and has willfully evaded the IRS. If the wages the defendant received were legal US Treasury notes backed by gold from the US Treasury department then it would be fair and safe to claim that the defendant has evaded the IRS by not filing a tax return. But, considering the defendant is not paid in US Treasury Notes but instead, is paid through Federal Reserve Bank Notes that are the obligation of the Federal Government it is safe to say the defendant did not evade the IRS and the money the IRS is seeking to collect is not the obligation of the defendant to pay but the obligation of the Federal Government to pay.

8. The defendant has read and fully understands **26 U.S. Code § 7401** that No civil action for the collection or recovery of taxes, or of any fine, penalty, or forfeiture, shall be commenced unless the Secretary authorizes or sanctions the proceedings and the Attorney General or his delegate directs that the action be commenced. The plaintiff has failed to produce any authorization from the Secretary or Attorney General that allowed them to bring this before the Grand Jury and issue an arrest warrant for the defendant. This court has no jurisdiction to hear this case, the plaintiff has no jurisdiction to arrest the defendant, and the plaintiff has caused great harm and damage to the defendant by arresting the defendant and filing charges that are not a law against the defendant. The plaintiff knows the laws better than the defendant and understands that laws under Title 26 are not laws and should be given no legal effect.

9. It is impossible to bring a civil suit against the defendant stating that Title 26 is a legal and binding law when they clearly understand the laws but have failed to disclose the fact to the court or the defendant that all Title 26 according to 26 USC § 7806 clearly states that these laws are not laws and should not be considered laws or have any jurisdiction with a court and should never have been brought before a grand jury. It is the plaintiff that is trying to evade this court into believing that this law is legal and binding and it is possible that the plaintiff can use this law in this court to extort money from the defendant when the defendant has no legal tender

due to the fact the defendant is only paid in Federal Reserve Bank Notes that are the sole obligation of the United States.

10.     It is admitted that the defendant filled out a W-4 Form and claimed tax exemption for volunteering to gift his Federal Reserve Bank Note that he earned from the different companies he worked for during the so-called tax year 2015 through 2020.

11.     It is denied that the defendant tried to evade the IRS by not filing his voluntary taxes for his Federal Reserve Bank Notes that he earned for wages while working during the tax year 2015 through 2020 having the knowledge that he earned by studying the laws of the IRS and Federal Government Title 26 that clearly stated that taxes were voluntary and that he had the option to volunteer to gift his Federal Reserve Bank Notes which are a debt instrument back to the IRS to pay off the debt of the United States. The defendant gained the knowledge while learning the laws of Title 26 and other Federal laws that it is impossible to pay off a debt with a debt therefore, he was not in the position to file taxes with a debt instrument to pay off a debt that has been in existence since 1791.

12.     It is admitted that the defendant filed the wrong W-4 withholding form to the IRS and just recently learned that he made an error filling this form. The defendant was not given the correct filing of the W-4T form by his employer which allowed him to file the correct form. However, the defendant denies that he committed purgery by signing this form. He was well informed that he filed exempt on this form and signed the form with full faith and knowledge that he is taxed exempt from paying taxes on a debt instrument Federal Reserve Bank Note and this Federal Reserve Bank Note is the obligation of the Federal Government and cannot be taxed according to the law.

## COUNTERCLAIM

Defendant/Counterclaim Plaintiffs United States of America (collectively "counterclaim plaintiff") seeks declaratory and injunctive relief against the plaintiff/counterclaim defendant United States of America ("United States") The United States through the IRS filed a lien in March 2019 for $65,387.00. In March 2019, the counterclaim plaintiff responded to a Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320 from the IRS. The counterclaim plaintiff responded to the notice by requesting a hearing in the U.S. Tax Court. In

May 2019 counterclaim plaintiff received an Order of Dismissal for Lack of Jurisdiction from the USTC own motion this case is dismissed for lack of Jurisdiction on May 16, 2020. The case has been dismissed once by the USTC but the plaintiff/counterclaim defendant United States of America filed again with the Grand Jury seeking an indictment against the counterclaim plaintiff and having the counterclaim plaintiff arrested and brought to trial IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. Plaintiff/Counterclaim defendant United States of America with the following charges and seeks declaratory and injunctive relief.

## COUNT ONE THROUGH NINE
## DECLARATION THAT COUNTERCLAIM PLAINTIFF
## ARE NOT BOUND UNDER 26 U.S.C. § 7201

1. The allegations 1 through 9 are re-alleged and incorporated herein.

2. The United States continues to file claims against the counterclaim plaintiff knowing that Title 26 is not a .law and shall be given no legal effect. **Pike v. United States, 340 F.2d 487 (9th Cir. 1965.**

3. The United States filed a lien against the counterclaim plaintiff and when challenged in the U.S. Tax Court was dismissed.

4. Counterclaim plaintiff has proven that allegations 1 through 9 are not the obligation of the counterclaim plaintiff and that the United States cannot claim or collect taxes on the obligation of the Federal Government and that the Federal Government is responsible for paying the promissory notes aka Federal Reserve Bank Notes that counterclaim plaintiff received from his employer as his wages which made counterclaim plaintiff exempt from paying taxes on a debt instrument that was issued to him for the duties he performed.

## PAYER FOR RELIEF

WHEREFORE, Gaston Gilberto Reyes respectfully requests the following relief:

1. That the claims asserted in the complaint filed by the United States of America be dismissed with prejudice;

2. That Gaston Gilberto Reyes ("counterclaim plaintiff") receives judgment pursuant to 18 USC § 872 declaring that:

    a) Counterclaim Plaintiff is being extorted by the United States of America for taxes owed on an obligation of the Federal Government for

the wages that counterclaim plaintiffs receive in Federal Reserve Bank Notes. The Federal Reserve Bank Notes are promissory notes from the Federal Government with an obligation to pay if we turn them in for US Treasury Notes according to 12 USC § 411;

3. That Gaston Gilberto Reyes ("counterclaim plaintiff") recover their fees and costs in this matter, including attorney's fees, lost wages, and false imprisonment, as allowed by law;

4. That the cost of this action be taxed to the United States of America;

5. That the lien that was imposed upon Gaston Gilberto Reyes be lifted and any sanctions or liens recovered from Gaston Gilberto Reyes's wages return to Gaston Gilberto Reyes with interest;

6. That, pursuant to 28 U.S.C. § 1361, Gaston Gilberto Reyes be granted appropriate relief in the nature of mandamus compelling officers, employees, and agencies of the United States to perform the duties owed to Gaston Gilberto Reyes;

7. That Gaston Gilberto Reyes be granted appropriate injunctive relief pursuant to Rule 65 of the Federal Rules of Civil Procedure;

8. That the United States of America be banned from filing false charges, claiming taxes on wages paid by Federal Reserve Bank Notes that are the obligation of the United States of America and are a non-taxable item against Gaston Gilberto Reyes now or in the future and;

9. That Gaston Gilberto Reyes have such other and further relief as the Court may deem just and proper.

Respectfully submitted, this _____ day of _____, 2022.

Respectfully submitted,

_____

GASTON GILBERTO REYES

Defendant

COUNTERCLAIMS

-7-

**VERIFICATION**

In Witness whereof, knowing the law of bearing false witness before God and men, I solemnly affirm that I have read the foregoing and know the contents thereof to be true to the best of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true.  These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law, and are submitted for proper purposes and not to cause harassment and unnecessary delay or costs.

"I declare under the penalties of perjury that this COUNTERCLAIMS OF GASTON GILBERTO REYES, including the documents submitted in support thereof, has been examined by me and, to the best of my knowledge and belief, is true, correct, and complete."

Respectfully submitted, this _____ day of _____, 2022.

Respectfully submitted,

_____

GASTON GILBERTO REYES

-------------------------------------------- LAST  PAGE --------------------------------------------------