IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| **Plaintiffs,** | * | CRIMINAL NO. 21-cr00498-GJH |
| | * | |
| v. | * | |
| | * | |
| | * | |
| GASTON GILBERTO REYES | * | DEFENDANTS REPLY BRIEF |
| | * | |
| | * | |
| **Defendants.** | * | |
| | * | |
| | * | |
| | *** * *** | |

Defendant Gaston Gilberto Reyes of Germanton, Maryland hereby responds to the filing of the plaintiff United States of America Governemt's Trial Brief.

## I.     Factual Law and Cases

There is no law that permits the IRS or the United States of America to levee a tax on one's income; **26 USC § 7806**.

### Section 7806. Construction of Title.

(a) Cross references. The cross-references in this title to other portions of the title, or other provisions of law, where the word "see" is used, are made only for convenience, and shall be given no legal effect.

(b) Arrangement and classification. No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision, or portion of this title, nor shall any table of contents, table of cross-references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect. The preceding sentence also applies to the sidenotes and ancillary tables contained in the various prints of this Act before its enactment into law.

No inference, implication, or presumption of legislative construction shall be drawn or made by reason of the location or grouping of any particular section or provision or portion of

COUNTERCLAIMS

-1-

this title, nor shall any table of contents, table of cross references, or similar outline, analysis, or descriptive matter relating to the contents of this title be given any legal effect.

When you deliver a message, you imply an idea from that message. If you hear or read the message, you infer an idea from that message. When you presume something, you believe it to be true. Based on the above clause from Title 26, nobody should do any of the above three actions regarding the "legislative construction" of anything written under the Title 26 heading. No matter where the writing is located, no matter how the writing is grouped, no matter what the writing states, no matter if the writing is a table of contents, an analysis, a description, or a cross-reference it is not a law or "legislative construction". It also "shall be given no legal effect". No legal effect and no congressional construction. What does the congress construct? It constructs laws. So no congressional construction and no legal affect. It can't be made clearer than that. **Title 26 U.S.C. § 7201** is not a law and shall be given no legal effect.

The **appellate court agreed that title 26 is not law** stating in **NORDBY SUPPLY CO. v. UNITED STATES Cited as 572 F.2d 1377 (1978)**

The Internal Revenue Code itself provides that nothing is to be inferred from the grouping or indexing of any particular section, **26 U.S.C. Sec. 7806(b),** and this court has held that the title of a statute cannot limit the plain meaning of its text. **Pike v. United States, 340 F.2d 487 (9th Cir. 1965).** Therefore, the fact that Sec. 4161(a) is located in that part of the Code dealing with "recreational equipment" and "sporting goods" is of little significance.

**Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931)**

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."

**1995: U.S. v. Lopez, 000 U.S. U10287**

Establishes strict limits on the constitutional power and jurisdiction of the federal government inside the 50 States.

"We start with first principles. The Constitution creates a Federal Government of enumerated powers. See U.S. Const., Art. I, 8. As James Madison wrote, "[t]he powers delegated by the proposed Constitution to the federal government are few and defined. Those which are to

remain in the State governments are numerous and indefinite." The Federalist No. 45, pp. 292-293 (C. Rossiter ed. 1961). ***This constitutionally mandated division of authority "was adopted by the Framers to ensure protection of our fundamental liberties." Gregory v. Ashcroft, 501 U.S. 452, 458 (1991) (internal quotation marks omitted). "Just as the separation and independence of the coordinate branches of the Federal Government serves to prevent the accumulation of excessive power in any one branch, a healthy balance of power between the States and the Federal Government will reduce the risk of tyranny and abuse from either front." Ibid.***

The Constitution delegates to Congress the power "[t]o regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes." U.S. Const., Art. I, 8, cl. 3. The Court, through Chief Justice Marshall, first defined the nature of Congress' commerce power in Gibbons v. Ogden, 9 Wheat. 1, 189-190 (1824):

### 1991: Cheek v. United States, 498 U.S. 192

Held that if the defendant has a subjective good faith belief no matter how unreasonable, that he or she was not required to file a tax return, the government cannot establish that the defendant acted willfully in not filing an income tax return. In other words, that the defendant shirked a legal duty that he knew existed.

### 1978: Central Illinois Public Service Co. v. United States, 435 U.S. 21

Established that wages and income are NOT equivalent as far as taxes on income are concerned.

"Decided cases have made the distinction between wages and income and have refused to equate the two in withholding or similar controversies. Peoples Life Ins. Co. v. United States, 179 Ct. Cl. 318, 332, 373 F.2d 924, 932 (1967); Humble Pipe Line Co. v. United States, 194 Ct. Cl. 944, 950, 442 F.2d 1353, 1356 (1971); Humble Oil & Refining Co. v. United States, 194 Ct. Cl. 920, 442 F.2d 1362 (1971); Stubbs, Overbeck & Associates v. United States, 445 F.2d 1142 (CA5 1971); Royster Co. v. United States, 479 F.2d, at 390; Acacia Mutual Life Ins. Co. v. United States, 272 F. Supp. 188 (Md. 1967)."

### 975: Garner v. United States, 424 U.S. 648

Supreme Court ruled that income taxes constitute the compelled testimony of a witness:

COUNTERCLAIMS

"The information revealed in the preparation and filing of an income tax return is, for the purposes of Fifth Amendment analysis, the testimony of a witness."

"Government compels the filing of a return much as it compels, for example, the appearance of a 'witness' before a grand jury."

**1970:  Brady v. U.S., 397 U.S. 742 at 748**

Supreme Court ruled that:

"Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

**1959: Flora v. United, 362 US 145.**

Ruled that our tax system is based on voluntary assessment and payment, not on force or coercion.

"Our system of taxation is based upon voluntary assessment and payment, not upon distraint."

**1945: Hooven & Allison Co. v. Evatt, 324 US 652**

Ruled that there are three distinct and separate definitions for the term "United States". The income tax only applies to one of the three definitions!

"The term 'United States' may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. It may designate the territory over which the sovereignty of the United States ex- [324 U.S. 652, 672]  tends, or it may be the collective name of the states which are united by and under the Constitution."

**1818: U.S. v. Bevans, 16 U.S.336.**

Establishes two separate jurisdictions within the United States Of America:  1.  The "federal zone" and 2.  "the 50 States".  The I.R.C. only has jurisdiction within the "federal zone".

"The exclusive jurisdiction which the United States have in forts and dock-yards ceded to them, is derived from the express assent of the states by whom the cessions are made. It could be derived in no other manner; because without it, the authority of the state would be supreme and exclusive therein," 3 Wheat., at 350, 351.

**1883: Butchers' Union Co. v. Crescent City Co., 111 U.S. 746**

Defines labor as property, and the most sacred kind of property..

COUNTERCLAIMS

-4-

"Among these unalienable rights, as proclaimed in the Declaration of Independence is the right of men to pursue their happiness, by which is meant, the right any lawful business or vocation, in any manner not inconsistent with the equal rights of others, which may increase their prosperity or develop their faculties, so as to give them their highest enjoyment...It has been well said that, **THE PROPERTY WHICH EVERY MAN HAS IS HIS OWN LABOR, AS IT IS THE ORIGINAL FOUNDATION OF ALL OTHER PROPERTY SO IT IS THE MOST SACRED AND INVIOLABLE...**"

**1894: Caha v. United States, 152 U.S. 211.**

Restricts jurisdiction of the federal government inside the states.

"The law of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."

**1895: Pollack v. Farmer's Loan and Trust Company, 157 U.S. 429, 158 U.S. 601.**

Prohibits direct taxes on the income of individuals.

**1916: Brushaber vs. Union Pacific Railroad, 240 U.S. 1.**

Established that the 16th Amendment had no affect on the constitution, and that income taxes could only be sustained as excise taxes and not as direct taxes.

"...the proposition and the contentions under [the 16th Amendment]...would cause one provision of the Constitution to destroy another;

That is, they would result in bringing the provisions of the Amendment exempting a direct tax from apportionment into irreconcilable conflict with the general requirement that all direct taxes be apportioned;

This result, instead of simplifying the situation and making clear the limitations of the taxing power, which obviously the Amendment must have intended to accomplish, would create radical and destructive changes in our constitutional system and multiply confusion...

...Moreover in addition the Conclusion reached in the Pollock Case did not in any degree involve holding that income taxes generically and necessarily came within the class of direct taxes on property, but on the contrary recognized the fact that taxation on income was in its nature an excise entitled to be enforced as such unless and until it was concluded that to enforce it would amount to accomplishing the result which the requirement as to apportionment of direct

taxation was adopted to prevent, in which case the duty would arise to disregard form and consider substance alone and hence subject the tax to the regulation as to apportionment which otherwise as an excise would not apply to it.

…the Amendment demonstrates that no such purpose was intended and on the contrary shows that it was drawn with the object of maintaining the limitations of the Constitution and harmonizing their operation."

…the [16th] Amendment contains nothing repudiating or challenging the ruling in the Pollock Case that the word direct had a broader significance since it embraced also taxes levied directly on the personal property because of its ownership, and therefore the Amendment at least impliedly makes such wider significance a part of the Constitution -- a condition which clearly demonstrates that the purpose was not to change the existing interpretation except to the extent necessary to accomplish the result intended, that is, the prevention of the resort to the sources from which a taxed income was derived in order to cause a direct tax on the income to be a direct tax on the source itself and thereby to take an income tax out of the class of excises, duties and imposts and place it in the class of direct taxes...

Indeed in the light of the history that we have given and of the decision in the Pollock Case and the ground upon which the ruling, in that case, was based, there is no escape from the Conclusion that the Amendment was drawn for the purpose of doing away for the future with the principle upon which the Pollock Case was decided, that is, of determining whether a tax on income was direct not by a consideration of the burden placed on the taxed income upon which it directly operated, but by taking into view the burden which resulted on the property from which the income was derived since in express terms the Amendment provides that income taxes, from whatever source the income may be derived, shall not be subject to the regulation of apportionment…

II.    **Jurisdiction of the Court**

**26 U.S. Code § 7441 – Status**

There is hereby established, under article I of the Constitution of the United States, a court of record to be known as the United States Tax Court. The members of the Tax Court shall be the chief judge and the judges of the Tax Court. The Tax Court is not an agency of, and shall be independent of, the executive branch of the Government.

COUNTERCLAIMS

-6-

The United States of America representing the IRS has brought a case against the people Gaston Gilberto Reyes claiming that the defendant is a taxpayer. In the claim filed in a Court of Record claims that the defendant a taxpayer owes taxes based on Title 26 U.S.C. § 7201. The Attorneys for the United States of America have entered into a court of record as the sovereign and decreed the law as is typical in the common law. In a court of record, the law is the decree of the sovereign. The IRS presented itself as the sovereign in the court and decreed what the law will be. Neither the IRS nor any other government agency is sovereign in relation to a people, the defendant. The IRS has no jurisdiction in a court of record and has no proven jurisdiction in this court.

The defendant has filed with this court challenging jurisdiction and filed a counterclaim against the United States of America, the Attorneys representing the IRS. The United States of America has yet to prove they have jurisdiction or that this court has jurisdiction in the case the United States filed against the defendant.

The defendant has challenged the laws the United States of America used when filing this case. The United States of America has yet to prove this is a law. According to their laws, this law does not exist and therefore cannot be used when bringing a case against the defendant in this court.

**Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]**

Our court system is based on a centuries-old system. There are some misconceptions about what is a court. There are actually several jurisdictions over which a court can preside. There is an admiralty or commercial court. There is an equity court or fair play court and there is a common law court or a court of record. There is also a nisi prius court. A nisi prius court is a court that exists because you failed to object.

A court of record is a common law court wherein the court is "the person and suit of the plaintiff". In a court of record, the judge is merely a magistrate and does not have the authority to make decisions, offer opinions, or issue orders.

A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts, and proceedings being enrolled for a perpetual

memorial.  Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc.

Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

In the Plaintiff's Trial Brief they have dictated to the court, the laws, the way the court will be run, how the trial will proceed, the rules regarding the trial, and what the defendant can and cannot do or say. This court is no longer a court of record that allows the plaintiff to dictate to this court what the Judge will do and what the Judge will allow at trial.

The Plaintiff's plans on submitting evidence in the court that is sited in 1914: **Weeks v. U.S., 232 U.S. 383.**  This established what is illegally obtained evidence may not be used by a cout or admitted into evience. This includes all IRS income tax returns that were submitted involuntarily. If the Plantiff does not mark these pieces of evidence according to this case then the court is allowing the Plaintiff to run this court and there is no place in the court for a fair trial or a fair outome.

As in this trial brief, the Plaintiffs have already decided the outcome of the trial, what the jury can and cannot hear, what will take place, and what the defendant is limited to do in the hearing. The plaintiffs have now declared they are no longer sovereigns entering into this court and it appears the only sovereign in the court is the defendant. Therefore, the court no longer can claim jurisdiction over this case once it has accepted the chance of venue the Plaintiffs have filed changing the venue from a Court of Record a United States Tax Court to an admiralty or commercial court.

III.    **Trespass Against Natural Person**

Title 26 does not state in the title that a natural person or any person is subject to paying taxes. Taxes are voluntary and the code clearly outlines this. Natural Person's personal property cannot be taxed directly by the federal government and the defendant's labor is his personal property and the original foundation of all other property, because it is through labor that all your other property is acquired.

The Plaintiff's plan on showing the personal records of the defendant claiming they have the right to disclose these at trial. The Federal government is infringing on the defendant's fifth amendment right to not incriminate himself. Furthermore, the information the Plaintiff wants to bring forward has been ruled upon in more than one court in this land that filing a tax return is a

COUNTERCLAIMS

-8-

testimony, and the defendant cannot be compelled to testify against himself, therefore this evidence is not admissible in this court of law which is no longer a court of record.

The IRS cannot force sovereign people into working as an agent for the federal government by reporting their incomes and filling out the forms that the IRS requires. This would be forced involuntary servitude. It is not a privilege to work and provide employment in this country, it is a right. (The Supreme Court has also ruled that "income" is a gain on capital, separated from that capital.

It stands to reason that the Plaintiffs would dictate to this court, the hearing, the law, and what the defendant can and cannot do in this court of law. Judges in a common law court do not have the authority to make decisions or issue orders. The Plaintiff and the Defendant, in this case, must make the orders and issue the order to the Judge in this case. The defendant has issued an order for dismissal and a counterclaim against the Plaintiffs in this case. This court and the Plaintiffs have no jurisdiction over the Defendant in this case.

## IV.    The Injured Party

The Plaintiffs, in this case, have failed to bring forth the injured party. In this case, the Plaintiff is claiming that the United States of America is the injured party but has failed to prove a negligence claim. The Plaintiffs must prove a duty of care was owed to them by the defendant and they will need to show that the defendant has breached that duty of care. Paying taxes is not an injury to the Plaintiffs in this case. What injury has Plaintiff suffered by the defendant? What duty of care has Defendant breached in this case?

What is considered reasonable? Is Defendant to prevent the Plaintiffs of all harm, or is Defendant to act under the circumstances, as a reasonable person would?

The Plaintiff must show;

1. There was a substantial risk of harm
2. The risk was forseeable
3. A reasonable person, under the same circumstances, would have taken precautions against the risk

The defendant may not be held liable if there was an obvious risk, that is, the risk was obvious to a reasonable person and therefore the plaintiff is responsible for their actions.

The third element that a plaintiff must prove in this claim is causation. This means that a plaintiff must show that the damage or injury suffered came about as a result of the breach of duty of care.

The defendant has proven that the plaintiff is asking for the defendant to volunteer to pay the plaintiff a tax on the wages he has earned which is a trespass on his personal property. The defendant is the injured party in this case and can prove that the United States of America has been extorting money from the defendant for years. The defendant read the laws that allowed the United States of America to use the IRS to collect taxes for the United States' bankruptcy and debt that it owes. It is not the obligation of the defendant to pay another person's debt, but the defendant did volunteer to help the United States of America and volunteered to pay a tax to help lower the debt of the United States. The defendant has also seen in the past two years that the Federal Government is not trying to pay off their debt but instead uses the funds that people have donated to them to support other countries and donates billions of dollars to these other countries instead of applying the money to the national debt it has accumulated. Therefore, the plaintiff is not harming the United States of America and has not injured the United States of America by reading the laws, understanding that taxes are voluntary, and knowing that Title 26 is not a law.

The defendant request that the United States of America bring forth legitimate proof that it is the obligation of the people living in the 50 States to pay the debt for the Federal Government. Nowhere in Title 26 does it state that it is a law and that the defendant has to pay a tax on his personal property to the United States of America.

Respectfully submitted,

_____

GASTON GILBERTO REYES
Defendant

COUNTERCLAIMS

-10-

## VERIFICATION

In Witness whereof, knowing the law of bearing false witness before God and men, I solemnly affirm that I have read the foregoing and know the contents thereof to be true to the best of my knowledge except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true.  These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law, and are submitted for proper purposes and not to cause harassment and unnecessary delay or costs.

"I declare under the penalties of perjury that this COUNTERCLAIMS OF GASTON GILBERTO REYES, including the documents submitted in support thereof, has been examined by me and, to the best of my knowledge and belief, is true, correct, and complete."

Respectfully submitted, this _____ day of _____, 2022.


Respectfully submitted,


_____

GASTON GILBERTO REYES


------------------------------------------- LAST  PAGE -----------------------------------------------------


COUNTERCLAIMS

-11-